I respectfully dissent. The majority's holding is inconsistent with this Court's decision in Southern Energy Homes,Inc. v. Lee, 732 So.2d 994 (Ala. 1999), which was overruled by this Court in Southern Energy Homes, Inc. v. Ard, 772 So.2d 1131
(Ala. 2000). In Southern Energy Homes, Inc. v. Lee, we held that the Magnuson-Moss Act makes arbitration clauses contained in warranty agreements unenforceable against consumers. Because this case involves a breach-of-warranty claim, inasmuch as Foster claims that Mitchell Nissan failed to make repairs in accordance with the warranty, I would hold that the Magnuson-Moss Act makes the arbitration agreement unenforceable.
My reasons for dissenting are stated in Justice Johnstone's dissent in Southern Energy Homes, Inc. v. Ard, supra, a dissent I joined.